# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 27, 2013

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY  10007

Re: Edith Schlain Windsor, in Her Capacity as Executor of the Estate
of Thea Clara Spyer
v. United States, et al.
No. 12-63
(Your No. 12-2335, 12-2435)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk